# Exhibit A




# Broward County Sheriff's Office

## Booking Report

20-10074 FG

| CIS # | 572002793 | | BCCN # | 934963 | | Booking Sheet Control Date and Time | |
|---|---|---|---|---|---|---|---|
| OBTS | 609260332 | | Print Clearance | 11/26/20 01:34:35 | Prints  Yes | 11/26/20 02:50:37 | |
| Arrest # | FL 2002793 | | Offense Report # | 34-2011-180576 | | Agency | FORT LAUDERDALE |

| Last Name First Middle | LEHRER, MOSHE | | | | | | | SSN # | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Race | Sex | Height | Weight | Eyes | Hair | Comp. | Age Admitted | DOB | Place of Birth | State | FDLE |
| W | M | 511 | 150 | BRO | BRO | LGT | 19 | 3/28/2001 | | NEW YORK | 0 |

| Permanent Address | 4020 GALT OCEAN DR 110 FORT LAUDERDALE FL 33308 | Months of Residence |
|---|---|---|
| | | 24 |

| Arrest Date | 11/25/20 22:48:00 | Place of Arrest | 3500 GALT OCEAN DR FORT LAUDERDALE FL 33308 | Arresting Officer | 1375 COLLINS-KURAS |
|---|---|---|---|---|---|
| Inmate Logged Date | 11/26/20 00:14:26 | Inmate Log Type | FULL INTAKE | Place Admitted | MAIN |

Intake Comments  SP/CO/29/54-11107 WC-18703

Alias Last name, First, Middle, DOB

Warrants Officer Id: bs18783

Scars,Marks,Tattoos

| Release Date/Time | Release Reason | Release Authorized By |
|---|---|---|
| | | |

| Charge No. | Charge Initiation Date | Statute | Warrant/Capias | Level | M.C | B. Type | Bond Amount |
|---|---|---|---|---|---|---|---|
| 1 | 11/26/20 02:27 | 784.03-1a1 | | 1M | Y | NO CHARGE | $0.00 |
| Charges | TOUCH OR STRIKE/BATTERY | | Comments | | | | |
| Booking Off. ID | bs13369 | County | | Judge | | | |
| Charge No. | Charge Initiation Date | Statute | Warrant/Capias | Level | M.C | B. Type | Bond Amount |
| 2 | 11/26/20 02:28 | 806.13-1b3 | | 3F | Y | BOND | $500.00 |
| Charges | CRIMINAL MISCHIEF OVER 1000 DOLLARS | | Comments | | | | |
| Booking Off. ID | bs13369 | County | | Judge | | | |

* End of Report *

# COMPLAINT AFFIDAVIT

SHADED FIELDS MUST BE ANSWERED IF DEFENDANT NOT IN CUSTODY

☒ ARREST FORM

**BROWARD COUNTY**
ARREST # 20-02793

OBTS #

| Filing Agency | Offense Report | Local ID # | FDLE | FBI | SS # |
|---|---|---|---|---|---|
| FT LAUDERDALE PD | 34-2011-180576 | | | | |

| Defendant's Last Name | First | Middle | SUF | Alias/Street Name | Citizenship |
|---|---|---|---|---|---|
| LEHRER | MOSHE | | | | US |

| Race | Sex | Hgt | Wgt | Hair | Eyes | Comp | Age | DOB | Birth Place |
|---|---|---|---|---|---|---|---|---|---|
| W | M | 5'11 | 150 | BROW | | LIGHT | 19 | 03/28/2001 | NEW YORK |

Scars, Marks, TT

**Permanent Address:** 4020 GALT OCEAN DR 110, FORT LAUDERDALE, FL 33308

**Residence Type:** ☒ City (2) County (3) Florida (4) Out of State
**Local Address:** 4020 GALT OCEAN DR 110, FORT LAUDERDALE, FL

Place of Employment: | Length:

| How long defendant in Broward County | Breathalyser By/CCN | Reading | Place of Arrest | Date/Time Arrested | Arresting Officer(s) CCN |
|---|---|---|---|---|---|
| 2Y | | | 3500 BLK GALT OCEAN DR | 11/25/2020 22:48 | COLLINS-KURAS, KATHERINE E. |

Officer Injured Y☐ N☒

| Unit | Zone | Beat | Shift | Trans Unit | PMD Y☐ N☒ | Transporting Officer/CCN | Pick-up Time | Time Arrived/BSO |
|---|---|---|---|---|---|---|---|---|
| PATR | 3410 | | FL01 | 10282 | | 1691 | | |

**TYPE / ACTIVITY:** N / N

Type: N-N/A, A-Amphetamine, B-Barbiturate, C-Cocaine, E-Heroin, H-Hallucinogen, M-Marijuana, O-Opium/Deriv, P-Paraphernalia/Equipment, S-Synthetic, U-Unknown, Z-Other
Activity: N-N/A, P-Possess, S-Sell, B-Buy, T-Traffic, A-Smuggle, D-Deliver, E-Use, M-Manufacture/Produce/Cultivate, K-Dispense/Distribute, Z-Other

Indication of: Alcohol Influence Y☐ N☐ UK☒ | Drug Influence Y☐ N☐ UK☒

Attach Defendant's Photo

Defendant's Vehicle Make: ___ Type: ___ Year: ___ Color: ___ VIN # ___
Vehicle Towed To: ___ Tag #: ___ Other Identifiers or remarks: ___

| Name of victim(s) | | |
|---|---|---|
| DEMARCO, LOUIS | 3400 GALT OCEAN DR. FORT LAUDERDALE, FL 33308 | (917) 805-6365 |

| Count # | Offenses Charged | WC# / Citation # (if applicable) | FS or Capias/Warrant # |
|---|---|---|---|
| 1 | BATTERY-TOUCH OR STRIKE | | 784.03-1A1 |
| 1 | DAMAGE PROP-CRIM MISCH-1000 DOLS OR MORE | | 806.13-1B3 |

## Probable Cause Affidavit

Before me this date personally appeared **COLLINS-KURAS, KATHERINE E. (1375)** who being first duly sworn deposes and says that on **25** day of **November** (year) **2020** at **3400 GALT OCEAN DR. FORT LAUDERDALE, FL 33308** (crime location) the above named defendant committed the above offenses charged and the facts showing probable cause to believe the same are as follows:

The defendant, 19 YO LEHRER, and his father followed the 60 YO victim to his residential parking lot with the belief that the victim was hired to stalk them. LEHRER and his father approached the victim and confronted him at which time the victim repeatedly said that they had the "wrong guy".
The victim exited his vehicle and told them he just moved to town 2 weeks ago and has no part in what they are alleging. LEHRER and his father became very aggressive making

* * * Continued * * *

Under penalties of perjury, I declare that I have read the foregoing and that the facts stated therein are true and correct to the best of my knowledge and belief

Officer/Affiant's Signature | COLLINS-KURAS, KATHERINE E. (1375) | Patrol
Officer's Name/CCN | Officer's Division

STATE OF FLORIDA
COUNTY OF BROWARD

Sworn to (or affirmed) and subscribed before me this **25** day of **November**, **2020** (year), by **OFFICER COLLINS-KURAS, KATHERINE E.** (name and title), who is personally known to me or has produced ___ as identification.

Notary Public, Deputy Clerk of the Court, or Assistant State Attorney | Title/Rank and CCN 1691 | '20 NOV 26 AM 12:13

Print, Type or Stamp Commissioned Name of Notary Public: A-Dean

(SEAL)

Seventeenth Judicial Circuit
Broward County
State of Florida

FIRST APPEARANCE/ARREST FORM

Orig - Court
2nd - State Attorney
3rd - Filing Agency
4th - Arresting Agency

BSO DB-#2 (Revised 05/00)

(SHOULD ADDITIONAL SPACE BE NEEDED, USE THE PROBABLE CAUSE AFFIDAVIT CONTINUATION (BSO DB#2a))

**COURT COPY**

SP1C0l29l54-1110Z   WC-18783

☐ **COMPLAINT AFFIDAVIT**
PROBABLE CAUSE AFFIDAVIT CONTINUATION     ☒ ARREST FORM

BROWARD COUNTY
ARREST # 20-02793     OBTS #

| Filing Agency | Offense Report | Local ID # | FDLE | FBI | SS # |
|---|---|---|---|---|---|
| FT LAUDERDALE PD | 34-2011-180576 | | | | |

| Defendant's Last Name | First | Middle | SUF | Alias/Street Name | Citizenship |
|---|---|---|---|---|---|
| LEHRER | MOSHE | | | | US |

Name of victim(s) (if corporation, exact legal name and state of incorporation)

| Count # | Offenses Charged | WC# / Citation # (if applicable) | FS or Capias/Warrant # |
|---|---|---|---|
| | ***SEE PAGE 1*** | | |

**Probable Cause Affidavit**

Before me this date personally appeared COLLINS-KURAS, KATHERINE E. (1375) who being first duly sworn deposes and says that on 25 day of November (year) 2020 at 3400 GALT OCEAN DR, FORT LAUDERDALE, FL 33308 (crime location) the above named defendant committed the above offenses charged and the facts showing probable cause to believe the same are as follows:

threats and scaring the victim while recording him on their cell phones. When the victim swatted a phone from out of his face, LEHRER sprayed the victim with pepper-spray. The victim raced back into his vehicle and tried to get away when LEHRER`s father jumped on the hood of the victim`s vehicle in a "Hollywood-style" manner to prevent him from leaving. The victim drove away with the father on the hood, as LEHRER rear-ended and side-swiped the victim`s vehicle with his own. LEHRER eventually cut off the victim and forced him to stop as officer`s arrived on scene. Approximately $8000 in damage was observed on the victim`s vehicle. The victim wishes to prosecute and stated that this crime was done against his will.

Surveillance video and cellphone video captured this event from multiple angles and viewed by officers. This incident was captured on BWC.

I swear the above statement is correct and true to the best of my knowledge and belief

Officer/Affiant's Signature     COLLINS-KURAS, KATHERINE E. (1375)     Patrol
                                Officer's Name/CCN                       Officer's Division

STATE OF FLORIDA
COUNTY OF BROWARD

Sworn to (or affirmed) and subscribed before me this 25 day of November, 2020 (year),
by OFFICER COLLINS-KURAS, KATHERINE E. (name and title), who is personally known to me or has produced _____ as identification

Notary Public, Deputy Clerk of the Court, or Assistant State Attorney     Title/Rank and CCN

A. Vega 1691
Print, Type or Stamp Commissioned Name of Notary Public     (SEAL)

Seventeenth Judicial Circuit
Broward County                    FIRST APPEARANCE/ARREST FORM          Orig - Court
State of Florida                                                         2nd - State Attorney
                                                                         3rd - Filing Agency
BSO DB-#2a (Revised 05/00)              **COURT COPY**                   4th - Arresting Agency